UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE WALKER,<br><br>           Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>           Respondent. | Case No. CV 09-0702-PA (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: March 26, 2010

                                         PERCY ANDERSON
                                   UNITED STATES DISTRICT JUDGE